UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Shonna Coleman, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Microsoft Corporation,<br><br>Defendant. | No.<br><br>**NOTICE OF RELATED CASES** |

Plaintiff Shonna Coleman ("Plaintiff") hereby provides notice pursuant to Local Civil Rule 3(g)(1) of the cases related to the above-captioned matter, styled as:

1. *Boycat Inc. v. Microsoft Corporation*, No. 2:25-cv-00088, assigned to the Honorable Judge Tana Lin;

2. *Brodiski v. Microsoft Corporation*, No. 2:25-cv-00112-TL, assigned to the Honorable Judge Tana Lin.

The above-listed cases all name the same defendant and involve similar claims.

NOTICE OF RELATED CASE - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED: January 21, 2025          Respectfully submitted,


By: *s/Jason T. Dennett*
    Jason T. Dennett, WSBA #30686
    jdennett@tousley.com
    Joan Pradhan, WSBA #58134
    jpradhan@tousley.com
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington 98101
    Telephone: (206) 682-5600

    Joshua P. Davis*
    jdavis@bm.net
    BERGER MONTAGUE PC
    505 Montgomery Street, Suite 625
    San Francisco, CA 94111
    T.415.215.0962; F.215.875.4604

    Sophia M. Rios*
    srios@bm.net
    BERGER MONTAGUE PC
    8241 La Mesa Blvd., Suite A
    La Mesa, CA 91942
    T. 619.489.0300

    E. Michelle Drake*
    emdrake@bm.net
    Marika K. O'Connor Grant*
    moconnorgrant@bm.net
    BERGER MONTAGUE PC
    1229 Tyler Street NE, Suite 205
    Minneapolis, MN 55413
    T. 612.594.5999; F. 612.584.4470

    **pro hac vice forthcoming*

    *Attorneys for Plaintiff*

NOTICE OF RELATED CASE - 2